1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA 94105
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Of Counsel
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX 75201
8  Telephone:    (214) 220-3939
   Facsimile:    (214) 969-5100

9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| **SACHIN DHOLE** | **Case No. C-07-5157SBA** |
| **Plaintiff,** | **EXPERIAN INFORMATION SOLUTIONS, INC.'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES** |
| **v.** | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation; and PROCOLLECT INC., a Texas corporation** | |
| **Defendant.** | |

        Defendant Experian Information Solutions, Inc. ("Experian") files its Original Answer

and Affirmative Defenses to Plaintiff's Original Complaint ("Complaint") filed by Sachin Dhole

as follows:

        1.      In response to the averments contained in paragraph 1 of the Complaint, Experian

admits that plaintiff's action is brought pursuant to the FCRA and the Fair Debt Collection Act.

Experian, however, expressly denies that it is liable to plaintiff or that plaintiff is in any way

1    entitled to relief from Experian.  Experian denies the remaining averments of paragraph 1.

2        2.        In response to the averments contained in paragraph 2 of the Complaint, Experian

3    admits that plaintiff is a "consumer" as defined by the FCRA.  By way of further answer,

4    Experian states that it lacks knowledge or information sufficient to form a belief as to the truth or

5    falsity of the other averments that purport to apply to plaintiffs, in particular the allegation

6    concerning plaintiff's county of residence, so on that basis, Experian denies those averments.

7    Furthermore, Experian objects to the Complaint pursuant to Federal Rules of Procedure 8, as it

8    fails to provide plaintiff's county of residence.  Experian denies the remaining averments of

9    paragraph 2.

10       3.        In response to the averments contained in paragraph 3 of the Complaint, Experian

11   states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

12   the averments that purport to apply to other defendants and, on that basis, denies those averments.

13   Experian denies the remaining averments of paragraph 3.

14       4.        In response to the averments contained in paragraph 4 of the Complaint, Experian

15   admits that it is a consumer reporting agency as defined in the FCRA and as such, receives credit

16   information and other information on consumers for the purpose of furnishing consumer reports

17   to third parties as defined by the FCRA.  Experian denies the remaining averments of

18   paragraph 4.

19       5.        In response to the averments contained in paragraph 5 of the Complaint, Experian

20   states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

21   the averments that purport to apply to other defendants and, on that basis, denies those averments.

22   Experian denies the remaining averments of paragraph 5.

23       6.        In response to the averments contained in paragraph 6 of the Complaint, Experian

24   admits that it is authorized to do business, and is doing business, in California.  As a result, this

25   Court has jurisdiction over this matter under 28 U.S.C. § 1331.  Experian denies the remaining

26   averments contained in paragraph 6 of the Complaint.

27       7.        In response to the averments contained in paragraph 7 of the Complaint, Experian

28   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    averments that purport to apply to other defendants and, on that basis, denies those averments.

2    By way of further answer, Experian objects to the Complaint on the grounds that it fails to state

3    plaintiff's current county of residence.  As a result, Experian has no way of determining the

4    veracity of the averments that pertain to the location of the alleged conduct.  Experian denies the

5    remaining averments contained in paragraph 7 of the Complaint.

6            8.      In response to the averments contained in paragraph 8 of the Complaint, Experian

7    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

8    averments that purport to apply to plaintiff and/or other third parties and, on that basis, denies

9    those averments.  Experian denies the remaining averments contained in paragraph 8 of the

10   Complaint.

11           9.      In response to the averments contained in paragraph 9 of the Complaint, Experian

12   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

13   averments that purport to apply to plaintiff and/or other defendants and, on that basis, denies

14   those averments.  Experian denies the remaining averments contained in paragraph 9 of the

15   Complaint.

16           10.     In response to the averments contained in paragraph 10 of the Complaint, Experian

17   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

18   averments that purport to apply to plaintiff and/or other defendants and, on that basis, denies

19   those averments.  Experian denies the remaining averments contained in paragraph 10 of the

20   Complaint.

21           11.     In response to the averments contained in paragraph 11 of the Complaint, Experian

22   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

23   averments that purport to apply to other defendants and, on that basis, denies those averments.

24   Experian denies the remaining averments contained in paragraph 11 of the Complaint.

25           12.     In response to the averments contained in paragraph 12 of the Complaint, Experian

26   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

27   averments that purport to apply to other defendants and, on that basis, denies those averments.

28   Experian denies the remaining averments contained in paragraph 12 of the Complaint.

13.     In response to the averments contained in paragraph 13 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian further states that it has not yet completed its investigation with regard to its reporting of plaintiff's credit information. Therefore, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's credit report and, on that basis, denies those averments. Experian, however, expressly denies its reinvestigation efforts were unreasonable. Experian denies the remaining averments of paragraph 13.

14.     In response to the averments contained in paragraph 14 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and/or third parties and, on that basis, denies those averments. Experian further states that it has not yet completed its investigation with regard to its reporting of plaintiff's credit information. Therefore, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's credit report and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 14.

15.     In response to the averments contained in paragraph 15 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and/or third parties and, on that basis, denies those averments. Experian further states that it has not yet completed its investigation with regard to its reporting of plaintiff's credit information. Therefore, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's credit report and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 15.

16.     In response to the averments contained in paragraph 16 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and/or third parties and, on that basis, denies

those averments.  Experian further states that it has not yet completed its investigation with regard to its reporting of plaintiff's credit information.  Therefore, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's credit report and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 16.

17.     In response to the averments contained in paragraph 17 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and/or third parties and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 17.

18.     In response to the averments contained in paragraph 18 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments.  Experian denies the remaining averments of paragraph 18.

19.     In response to the averments contained in paragraph 19 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to the other defendants and, on that basis, denies those averments.  Experian, however, expressly denies that it violated the FCRA, either negligently or intentionally.  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments of paragraph 19.

20.     Paragraph 20 of the Complaint does not require an answer because it does not include any factual averments.  To the extent an answer is required, Experian denies the averments in paragraph 20.

21.     In response to the averments contained in paragraph 21 of the Complaint, Experian expressly denies that it violated the FCRA, either negligently or intentionally.  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 21 of the Complaint.

DLI-6151041v1

- 5 -

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

22.    In response to the averments contained in paragraph 22 of the Complaint, Experian expressly denies that it violated the FCRA, either negligently or intentionally.  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments contained in paragraph 22 of the Complaint.

23.    Paragraph 23 of the Complaint does not require an answer because it does not include any factual averments.  To the extent an answer is required, Experian denies the averments of paragraph 23.

24.    In response to the averments contained in paragraph 24 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 24.

25.    In response to the averments contained in paragraph 25 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 25.

26.    Paragraph 26 of the Complaint does not require an answer because it does not include any factual averments.  To the extent an answer is required, Experian denies the averments of paragraph 26.

27.    In response to the averments contained in paragraph 27 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 27.

28.    In response to the averments contained in paragraph 28 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 28.

29.    In response to the averments contained in paragraph 29 of the Complaint, Experian

1  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

2  averments that purport to apply to other defendants and, on that basis, denies those averments.

3  By way of further answer, Experian states that it has not yet completed its investigation with

4  regard to its reporting of plaintiff's credit information.  Therefore, Experian is without knowledge

5  or information sufficient to form a belief.  As to truth or the falsity of the averments that purport

6  to apply to plaintiff's disputes.  Experian denies the remaining averments of paragraph 29.

7       30.     Paragraph 30 of the Complaint does not require an answer because it does not

8  include any factual averments.  To the extent an answer is required, Experian denies the

9  averments of paragraph 30.

10      31.     In response to the averments contained in paragraph 31 of the Complaint, Experian

11  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

12  averments that purport to apply to other defendants and, on that basis, denies those averments.

13  Experian denies the remaining averments of paragraph 31.

14      32.     In response to the averments contained in paragraph 32 of the Complaint, Experian

15  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

16  averments that purport to apply to other defendants and, on that basis, denies those averments.

17  Experian denies the remaining averments of paragraph 32.

18      33.     Paragraph 33 of the Complaint does not require an answer because it does not

19  include any factual averments.  To the extent an answer is required, Experian denies the

20  averments of paragraph 33.

21      33A.    In response to the averments contained in paragraph 33A of the Complaint,

22  Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

23  averments that purport to apply to other defendants and, on that basis, denies those averments.

24  Experian denies the remaining averments of paragraph 33A.

25      29A.    In response to the averments contained in paragraph 29A of the Complaint,

26  Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

27  averments that purport to apply to other defendants and, on that basis, denies those averments.

28  Experian denies the remaining averments of paragraph 29A.

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

30A.    In response to the averments contained in paragraph 30A of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 30A.

31A.    In response to the averments contained in paragraph 31A of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 31A.

32A.    In response to the averments contained in paragraph 32A of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments that purport to apply to other defendants and, on that basis, denies those averments. Experian denies the remaining averments of paragraph 32A.

34.    In response to the averments contained in the unnumbered paragraph beginning "Wherefore" and each of its subparts, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the remaining averments of these unnumbered paragraphs.

**AFFIRMATIVE DEFENSES**

35.    In addition to the responses to the individual paragraphs above, Experian further pleads the following affirmative defenses.

**FIRST DEFENSE**

36.    As an affirmative defense, Experian states that the injuries and damages allegedly sustained by plaintiff were directly and proximately caused by the acts of others.

**SECOND DEFENSE**

37.    As an affirmative defense, Experian states that plaintiff's rights of recovery are barred by the doctrines of waiver, estoppel or laches and by the statute of limitations as set out in 15 U.S.C. §1681p, and any other applicable statute of limitations.

**THIRD DEFENSE**

38.    As an affirmative defense, Experian states that plaintiff's claims against Experian

1  are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

2  ## FOURTH DEFENSE

3  39.    As an affirmative defense, Experian states that plaintiff's rights of recovery based

4  upon any alleged action or proceeding under state or common law are barred pursuant to 15

5  U.S.C. §1681h(e).

6  ## FIFTH DEFENSE

7  40.    As an affirmative defense, Experian states that all or part of the damages allegedly

8  suffered by plaintiffs in this action were caused by plaintiff's failure to mitigate damages as

9  required by law.

10  ## SIXTH DEFENSE

11  41.    As an affirmative defense, Experian states that plaintiff is barred from recovery to

12  the extent plaintiff was contributorily and/or comparatively negligent.

13  ## SEVENTH DEFENSE

14  42.    As an affirmative defense, Experian states that the complaint fails to state a claim

15  upon which relief can be granted to the plaintiffs and should be dismissed.

16  ## EIGHTH DEFENSE

17  43.    As an affirmative defense, Experian states that any claims for punitive or

18  exemplary damages violate Experian's right to due process of law under the United States and

19  California Constitutions.

20  ## NINTH DEFENSE

21  44.    As an affirmative defense, Experian states that venue in the Northern District of

22  California is improper and inconvenient under 28 U.S.C. §1391 and 28 U.S.C. §1404.

23  ## PRAYER

24  WHEREFORE, defendant Experian prays that plaintiff take nothing as a result of this suit,

25  that this action be dismissed in its entirety, and that Experian be awarded all costs, including

26  reasonable attorney's fees, and other relief that the Court deems just and proper.

27

28

1    Dated: November 5, 2007                JONES DAY

2

3                                    By: _____

4                                        David L. Wallach
                                         California Bar No. 233432
5                                        JONES DAY
                                         555 California Street
6                                        San Francisco, CA  94105
                                         Telephone:  (415) 626-3939
7                                        Facsimile:  (415) 875-5700
                                         dwallach@jonesday.com

8                                        Cindy W. Andrew
                                         Of Counsel
9                                        Texas Bar No. 00796128
                                         JONES DAY
10                                       2727 North Harwood Street
                                         Dallas, Texas  75201-1515
11                                       Telephone:  (214) 220-3939
                                         Facsimile:  (214) 969-5100
12                                       candrew@jonesday.com

13                                   Attorneys for Defendant
                                     EXPERIAN INFORMATION SOLUTIONS,
14                                   INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLI-6151041v1

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing have been served on Mark F. Anderson, Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco, California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing system this 5th day of November, 2007.

_____  /S/ David L. Wallach

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES