TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
ProCollect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SACHIN DHOLE,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; TRANSUNION LLC, a Delaware corporation; and PROCOLLECT INC., a Texas corporation;<br><br>        Defendants. | CASE NO.: C07-5157 SBA<br><br>**CERTIFICATION OF INTERESTED PARTIES BY DEFENDANT PROCOLLECT, INC.** |

1 | Pursuant to Civil L.R. 3-16, the undersigned counsel of record for defendant
2 | PROCOLLECT, INC certifies that the following listed persons, associations of persons,
3 | firms, partnerships, corporations (including parent corporations) or other entities (i)
4 | have a financial interest in the subject matter in controversy or in a party to the
5 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
6 | could be substantially affected by the outcome of this proceeding:

    1.    ProCollect, Inc., a Texas corporation.

DATED: November 16, 2007        SIMMONDS & NARITA LLP
                                              TOMIO B. NARITA
                                              JEFFREY A. TOPOR

                                By:    s/Tomio B. Narita
                                               Tomio B. Narita
                                               Attorneys for Defendant
                                               ProCollect, Inc.