UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sachin Dole

                                                 CASE NO. C 07 5157SBA

Plaintiff(s),

v.

Experian Information Solutions, INnc, et al,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

          other requested deadline _____

Dated: 12/21/07
                                                                     Mark F Anderson
                                                                     Attorney for Plaintiff

Dated: 12/21/07
                                                                     David L. Wallach
                                                                     Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓       Mediation
        Private ADR

Deadline for ADR session
✓       90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____

                                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 21, 2007          By:        /S/ Mark F. Anderson
                                         Mark F. Anderson

                                  Mark F. Anderson
                                  Kemnitzer, Anderson, Barron & Ogilvie
                                  445 Bush Street, 6th Floor
                                  San Francisco, CA 94108
                                  Telephone:   (415) 861-2265
                                  Facsimile:   (415) 861-3151
                                  Email:   makr@kabolaw.com

                                  Attorney for Plaintiff

Dated: December 21, 2007          By:        /S/ Donald E. Bradley
                                         Donald E. Bradley

                                  Donald E. Bradley
                                  Musick Peeler & Garrett LLP
                                  650 Town Center Drive
                                  Suite 1200
                                  Costa Mesa, CA 92626
                                  Telephone:  (714) 668-2400
                                  Facsimile:  (714) 668-2490
                                  Email: d.bradley@mpglaw.com

                                  Attorney for Defendant Trans Union LLC

Dated: December 21, 2007          By:        /S/ Tomio Buck Narita
                                         Tomio Buck Narita

                                  Tomio Buck Narita
                                  Simmonds & Narita LLP
                                  44 Montgomery Street, Suite 3010
                                  San Francisco, CA 94104-4816
                                  Telephone: (415) 283-1000
                                  Facsimile:  (415) 352-2625
                                  Email:   tnarita@snllp.com

                                  Attorney for Defendant Procollect Inc.

Dated: December 21, 2007          By:        /S/ David L. Wallach
                                         David L. Wallach

                                  David L. Wallach
                                  JONES DAY
                                  555 California Street, 26th Floor
                                  San Francisco, CA 94104
                                  Telephone: (415) 875-5827
                                  Facsimile:  (415) 875-5700
                                  Email:   dwallach@jonesday.com

                                  Attorney for Defendant Experian Information
                                  Solutions, Inc.