1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA 94105
   Telephone:  (415) 626-3939
4  Facsimile:  (415) 875-5700

5  (Requesting Admission *Pro Hac Vice*)
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX 75201
8  Telephone:  (214) 220-3939
   Facsimile:  (214) 969-5100

9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

   SACHIN DHOLE                              Case No. C-07-5157SBA

            Plaintiff,                       APPLICATION FOR ADMISSION OF
                                             ATTORNEY *PRO HAC VICE*
       v.

   EXPERIAN INFORMATION SOLUTIONS,
   INC., a Ohio corporation; TRANS UNION
   LLC, a Delaware corporation; and
   PROCOLLECT INC., a Texas corporation

            Defendant.

       Pursuant to Civil L.R. 11-3, Lucinda W. Andrew, an active member in good standing of the Bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis, representing Experian Information Solutions, Inc. in the above-entitled action.

       In support of this application, I certify on oath that:

       1.   I am an active member in good standing of the State Bar of Texas and am admitted to practice before the United States District Courts for the Northern, Eastern, Western, and Southern Districts of Texas;

FILED
JAN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> David L. Wallach (State Bar No. 233432)
> JONES DAY
> 555 California Street
> San Francisco, CA 94105
> Telephone: (415) 626-3939
> Facsimile: (415) 875-5700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2008

Respectfully Submitted,

JONES DAY

By: *Lucinda W. Andrew* (signature)
Lucinda W. Andrew

ATTORNEYS FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001696
Cashier ID: lenahac
Transaction Date: 01/09/2008
Payer Name: Jones Day
------------------------------------
PRO HAC VICE
 For: Lucinda W. Andrew
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1081997
 Amt Tendered:    $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:        $0.00

CV-07-5157-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```