UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sachin Dole

            CASE NO. C 07 5157SBA

    Plaintiff(s),

    v.            STIPULATION AND [~~PROPOSED~~]
Experian Information Solutions, INnc, et al,    ORDER SELECTING ADR PROCESS

    Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____


The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 12/21/07

    Mark F Anderson
    Attorney for Plaintiff

Dated: 12/21/07

    David L. Wallach
    Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
       Non-binding Arbitration
       Early Neutral Evaluation (ENE)
✓    Mediation
       Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
       other

IT IS SO ORDERED.

Dated: 1/10/08

*Sandra B. Armstrong*

UNITED STATES MAGISTRATE JUDGE

Dated: December 21, 2007          By:       /S/ Mark F. Anderson
                                                   Mark F. Anderson

Mark F. Anderson
Kemnitzer, Anderson, Barron & Ogilvie
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151
Email: makr@kabolaw.com

Attorney for Plaintiff

Dated: December 21, 2007          By:       /S/ Donald E. Bradley
                                                   Donald E. Bradley

Donald E. Bradley
Musick Peeler & Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626
Telephone: (714) 668-2400
Facsimile: (714) 668-2490
Email: d.bradley@mpglaw.com

Attorney for Defendant Trans Union LLC

Dated: December 21, 2007          By:       /S/ Tomio Buck Narita
                                                   Tomio Buck Narita

Tomio Buck Narita
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
Email: tnarita@snllp.com

Attorney for Defendant Procollect Inc.

Dated: December 21, 2007          By:       /S/ David L. Wallach
                                                   David L. Wallach

David L. Wallach
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5827
Facsimile: (415) 875-5700
Email: dwallach@jonesday.com

Attorney for Defendant Experian Information Solutions, Inc.