UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date:1/30/08

C-07-05157 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

Title: SACHIN DHOLE vs.EXPERIAN INFORMATION SOLUTIONS INC.

Atty.:  MARK ANDERSON              TOMIO NARITA/ DAVID WALLACH

                                   DONALD BRADLEY/ CINDY

Deputy Clerk:  Lisa R. Clark         Court Reporter:   N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )   ( ) **2.**
( )   ( ) **3.**
( )   ( ) **4.**
( ) Motion(s)   ( ) Granted    ( ) Denied     ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  () Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off  6/2/08   Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)  7/29/08
Case Continued to 9/2/08        for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 8/12/08    Motions in limine/objections to evidence due 8/19/08
Responses to motions in limine and/or responses to objections to evidence due 8/26/08    Case Continued to 9/8/08    for Trial(Court/Jury: 3-5       Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 7/30-8/8/08 BEFORE A MAGISTRATE JUDGE.
cc: WINGS HOM VIA FAX