Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SACHIN DHOLE,** | Case No. C 07 5157 SBA |
| Plaintiff, | **STIPULATION RE: MEDIATION; [PROPOSED] ORDER** |
| v. | **Mediation Date:** April 22, 2008 |
| **EXPERIAN INFORMATION SOLUTIONS, INC.;** | **Time:** 10 a.m. |
| Defendant. | **Location:** Low, Ball & Lynch, 505 Montgomery St., 7th Floor, San Francisco, CA 94111 |
| | **Mediator:** Thomas J. LoSavio |

**THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE**

**ATTORNEYS OF RECORD, AND MEDIATOR THOMAS J. LOSAVIO HEREBY**

**STIPULATE AND HAVE AGREED AS FOLLOWS:**

1.  **On or before March 25, 2008:** Plaintiff will provide a global and/or individual demands to each of the defendants;

2.  **On or before April 1, 2008:** Each Defendant will provide plaintiff with a response to plaintiff's demand(s);

3.  **On or before April 8, 2008:** Plaintiff and Defendants will each provide a separate Mediation Statement to mediator Thomas J. LoSavio.

4.  **On April 22, 2008 or April 23, 2008:** starting at 10:00 a.m., a mediation will be held in this matter at the offices of Thomas J. LoSavio, Low, Ball & Lynch, 505 Montgomery St., 7th

Floor, San Francisco, CA 94111, p (415) 981-6630, f (415) 982-1634,

tlosavio@lowball.com . All parties have tentatively agreed to mediate the case on April 22,

2008, but if unable to do so on that date due to other obligations/inability to attend, will hold

the mediation on the next day of April 23, 2008. If any party is unable to attend on April 22,

2008 they will immediately inform all other parties including the mediator.

5. **Service of Documents for Mediation:** All of the above indentified demands, responses, and statements relating to this mediation may be served via email, fax, or mail on or before the due date identified.

6. **Signing of Stipulation:** This stipulation may be executed in counterparts, each considered an original, and all of which together are considered one instrument. This stipulation may also be executed via facsimile. In that case, the stipulation is effective when the last required signature is received by counsel for plaintiff.

**SO STIPULATED:**

Dated: _3/6/08_

KEMNITZER, ANDERSON, BARRON &
OGILVIE, & BREWER, LLP

By:_____
Mark Anderson
Attorneys for Plaintiffs

Dated: _____

JONES DAY

By: _____
David L. Wallach
Attorneys for Defendant Experian
Information Solutions, Inc.

Dated: _____

SIMMONDS & NARITA LLP

1  Floor, San Francisco, CA 94111, p (415) 981-6630, f (415) 982-1634,

2  tlosavio@lowball.com . All parties have tentatively agreed to mediate the case on April 22,

3  2008, but if unable to do so on that date due to other obligations/inability to attend, will hold

4  the mediation on the next day of April 23, 2008.  If any party is unable to attend on April 22,

5  2008 they will immediately inform all other parties including the mediator.

6  5.  **Service of Documents for Mediation:**  All of the above indentified demands, responses,

7  and statements relating to this mediation may be served via email, fax, or mail on or before

8  the due date identified.

9  6.  **Signing of Stipulation:**  This stipulation may be executed in counterparts, each considered

10  an original, and all of which together are considered one instrument.  This stipulation may

11  also be executed via facsimile.  In that case, the stipulation is effective when the last required

12  signature is received by counsel for plaintiff.

13  **SO STIPULATED:**

14  Dated: _____                KEMNITZER, ANDERSON, BARRON &

15                                         OGILVIE, & BREWER, LLP

16

17                              By: _____

18                                  Mark Anderson
                                    Attorneys for Plaintiffs

19

20  Dated: 3/6/08                          JONES DAY

21

22                              By: _____

23                                  David L. Wallach
                                    Attorneys for Defendant Experian

24                                  Information Solutions, Inc.

25  Dated: _____                SIMMONDS & NARITA LLP

26

27

1   Floor, San Francisco, CA 94111, p (415) 981-6630, f (415) 982-1634,

2   tlosavio@lowball.com . All parties have tentatively agreed to mediate the case on April 22,

3   2008, but if unable to do so on that date due to other obligations/inability to attend, will hold

4   the mediation on the next day of April 23, 2008.  If any party is unable to attend on April 22,

5   2008 they will immediately inform all other parties including the mediator.

6   5.   **Service of Documents for Mediation:**  All of the above indentified demands, responses,

7        and statements relating to this mediation may be served via email, fax, or mail on or before

8        the due date identified.

9   6.   **Signing of Stipulation:**   This stipulation may be executed in counterparts, each considered

10       an original, and all of which together are considered one instrument.  This stipulation may

11       also be executed via facsimile.  In that case, the stipulation is effective when the last required

12       signature is received by counsel for plaintiff.

13       **SO STIPULATED:**

14   Dated: _____              KEMNITZER, ANDERSON, BARRON &

15                                        OGILVIE, & BREWER, LLP

16

17                                   By: _____

18                                        Mark Anderson
                                          Attorneys for Plaintiffs

19

20   Dated: _____              JONES DAY

21

22                                   By: _____

23                                        David L. Wallach
                                          Attorneys for Defendant Experian

24                                        Information Solutions, Inc.

25   Dated: **3-6-08**                    SIMMONDS & NARITA LLP

26

27

28

Stipulation Re: Mediation in *Dhole v Experian, No C 07 5157 SBA*                          2

By: _____

Tomio B. Narita
Attorneys for Defendant ProCollect, Inc.

Dated: _____

MUSICK PEELER & GARRETT LLP

By: _____

Donald E. Bradley
Attorneys for Defendant Trans Union LLC

Dated: _____

LOW, BALL & LYNCH

By: _____

Thomas J. LoSavio
Mediator

## [PROPOSED] ORDER

The Court, having read and considered the foregoing stipulation requesting an order for the setting of a date for a mediation in this matter beyond the March 25, 2008 date originally set for mediation completion, HEREBY ORDERS THAT the mediation of this matter will be completed on or before April 23, 2008.

Date: _____    _____

Judge Saundra B. Armstrong

Stipulation Re: Mediation in *Dhole v Experian, No C 07 5157 SBA*                    3

1

By: _____

2

Tomio B. Narita
Attorneys for Defendant ProCollect, Inc.

3

4

Dated: ___3/5/08_____        MUSICK PEELER & GARRETT LLP

5

6

By: /s/ Donald E. Bradley _____

7

Donald E. Bradley
Attorneys for Defendant Trans Union LLC

8

Dated: _____        LOW, BALL & LYNCH

9

10

By: _____

11

Thomas J. LoSavio
Mediator

12

13

14

**[PROPOSED] ORDER**

15

The Court, having read and considered the foregoing stipulation requesting an order for the

16

setting of a date for a mediation in this matter beyond the March 25, 2008 date originally set for

17

mediation completion, HEREBY ORDERS THAT the mediation of this matter will be completed

18

on or before April 23, 2008.

19

Date: _____        _____

20

Judge Saundra B. Armstrong

21

22

23

24

25

26

27

28

Stipulation Re: Mediation in *Dhole v Experian, No C 07 5157 SBA*        3

By: _____
    Tomio B. Narita
    Attorneys for Defendant ProCollect, Inc.

Dated: _____

    MUSICK PEELER & GARRETT LLP

By: _____
    Donald E. Bradley
    Attorneys for Defendant Trans Union LLC

Dated: 3/6/08

    LOW, BALL & LYNCH

By: _____
    Thomas J. LoSavio
    Mediator

## [PROPOSED] ORDER

The Court, having read and considered the foregoing stipulation requesting an order for the setting of a date for a mediation in this matter beyond the March 25, 2008 date originally set for mediation completion, HEREBY ORDERS THAT the mediation of this matter will be completed on or before April 23, 2008.

Date: _____  _____
    Judge Saundra B. Armstrong

Stipulation Re: Mediation in *Dhole v Experian, No C 07 5157 SBA*                    3

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. My business address is 445 Bush Street, Sixth Floor, San Francisco, CA 94108.

I am "readily familiar" with my business' practice for collection and processing for mailing with the United States Postal Service. Pursuant to such business practice, on date below I served the within

### STIPULATION RE: MEDIATION; [PROPOSED] ORDER

by placing true copies thereof in envelopes for collection and mailing following ordinary business practices. Such envelopes will be sealed and deposited with the United States Postal Service on this date in the ordinary course of business, with postage fully prepaid, at San Francisco, CA. addressed as follows:

David L. Wallach
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Attorneys for Experian Information Solutions, Inc.

Tomio B Narita
Jeffrey A Topor
Simmonds & Narita LLP
44 Montgomery St, Ste 3010
San Francisco, CA 94104-4816
Attorneys for Defendant ProCollect, Inc.

Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Ste 1200
Costa Mesa, CA 92626-2447
Attorneys for Trans Union LLC

Thomas LoSavio
Low, Ball & Lynch,
505 Montgomery St., 7th Floor,
San Francisco, CA 94111,
Mediator

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 6, 2008.

Matthew S. Da Vega