1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   ProCollect, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 SACHIN DHOLE,                    )  CASE NO.: C07-5157 SBA
                                    )
13        Plaintiff,                )
                                    )  STIPULATION AND ~~PROPOSED~~
14        vs.                       )  ORDER ALLOWING
                                    )  TELEPHONIC APPEARANCE OF
15 EXPERIAN INFORMATION             )  DEFENDANT PROCOLLECT,
   SOLUTIONS, INC., an Ohio         )  INC. AT MEDIATION
16 corporation; TRANSUNION LLC, a   )
   Delaware corporation; and        )
17 PROCOLLECT INC., a Texas         )  Date:     April 22, 2008
   corporation;                     )  Time:     10:00 a.m.
18                                  )  Mediator: Thomas J. LoSavio
          Defendants.               )
19                                  )
   _____

20

---

DHOLE V. EXPERIAN INFORMATION SOLUTIONS, INC. ET AL. (CASE NO. C07-5157 SBA)
STIPULATION AND PROPOSED ORDER RE APPEARANCE AT MEDIATION

1  WHEREAS the Court set this matter for mediation on January 10, 2008,
2  assigning mediator Thomas J. LoSavio on January 24, 2008; and
3  WHEREAS Mr. LoSavio and the parties set April 22, 2008 as the date of
4  mediation in San Francisco, California; and
5  WHEREAS defendant Procollect, Inc.'s ("Procollect") representative, Barry
6  Curtis, resides in Dallas, Texas; and
7  WHEREAS Procollect and plaintiff Sachin Dhole have engaged in early
8  settlement negotiations, and both parties agree that it would facilitate the settlement of
9  the claims asserted against Procollect if Mr. Curtis was excused from personally
10 appearing at the mediation, thereby saving Procollect significant travel expenses.
11 THEREFORE IT IS HEREBY STIPULATED between Plaintiff and Procollect to
12 respectfully request that Procollect be released from its obligation to personally attend
13 the mediation session, and that Mr. Curtis remain on telephone standby throughout the
14 mediation while Procollect's counsel attends in person.
15 SO STIPULATED.
16
17 DATED: April 15, 2008        SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
18                               JEFFREY A. TOPOR
19
20                               By: _____
                                     Tomio B. Narita
21                                   Attorneys for Defendant
                                     ProCollect, Inc.
22
23 DATED: April 15, 2008        KEMNITZER, ANDERSON, BARRON,
                                 OGILVIE & BREWE LLP
24                               MARK F. ANDERSON
25
26                               By: _____
                                     Mark F. Anderson
27                                   Attorneys for Plaintiff
                                     Procollect, Inc.
28



# PROPOSED ORDER

Pursuant to the stipulation of plaintiff Sachin Dhole and defendant Procollect, Inc., and good cause having been shown, IT IS HEREBY ORDERED that defendant Procollect, Inc.'s party representative may appear telephonically at the mediation session on April 22, 2008 at 10:00 a.m. before mediator Thomas J. LoSavio. The Court directs Procollect's representative to remain available by telephone even after normal business hours until released. Counsel for Procollect shall attend in person.

IT IS SO ORDERED.

DATED: 4/15, 2008

_____
Hon. Wayne D. Brazil
U.S. Magistrate Judge
United States District Court

DHOLE V. EXPERIAN INFORMATION SOLUTIONS, INC. ET AL. (CASE NO. C07-5157 SBA)
STIPULATION AND PROPOSED ORDER RE APPEARANCE AT MEDIATION

3.