# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Dhole,<br><br>              Plaintiff(s),<br><br>   v.<br><br>Experian Information Solutions, Inc.,<br><br>            Defendant(s). | No. C 07-05157 SBA MED<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) 4-22-08

2. Did the case settle?    ☐ fully    ☑ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: 4-22-08

_____
Mediator, Thomas J. LoSavio
Low Ball & Lynch, APC
505 Montgomery St., 7th Fl.
San Francisco, CA 94111

**Certification of ADR Session**
07-05157 SBA MED