Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SACHIN DHOLE,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and PROCOLLECT, INC.,**<br><br>　　　　　Defendants. | Case No. C 07 5157 SBA<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS** |

　　　　Pursuant to FRCP 41(a)(1), plaintiff Sachin Dhole and defendants Experian Information Solutions, Inc., Trans Union LLC, and ProCollect, Inc. hereby stipulate to the dismissal of plaintiff's claims with prejudice as against each of the three defendants.

Dated: May 15, 2008.

　　　　　　　　　　　　　　　　　　/s/Mark F. Anderson
　　　　　　　　　　　　　　　　　　Mark F. Anderson
　　　　　　　　　　　　　　　　　　Kemnitzer, Anderson, Barron & Ogilvie LLP
　　　　　　　　　　　　　　　　　　445 Bush Street, 6th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA 9411
　　　　　　　　　　　　　　　　　　Phone: (415) 623-3784, ext 101
　　　　　　　　　　　　　　　　　　Fax: (415) 861-3151
　　　　　　　　　　　　　　　　　　email: mark@kabolaw.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Sachin Dhole

| | |
|---|---|
| Dated: May __, 2008. | /s/David L. Wallach<br>David L. Wallach<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Phone: (415) 875-5715<br>Fax: (415) 875-5700<br>email: dwallach@jonesday.com<br>Attorneys for Experian Information Solutions, Inc. |
| Dated: May __, 2008   . | /s/ Tomio B Narita<br>Jeffrey A Topor<br>Simmonds & Narita LLP<br>44 Montgomery St, Ste 3010<br>San Francisco, CA 94104-4816<br>Phone: (415) 283-1000<br>Fax: (415) 352-2625<br>tnarita@snllp.com<br>jtopor@snllp.com<br>Attorneys for Defendant ProCollect, Inc. |
| Dated: May 15, 2008 | /s/ Donald E. Bradley<br>Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Ste 1200<br>Costa Mesa, CA 92626-2447<br>Phone: (714) 688-2447<br>Fax: (714) 668-2490<br>d.bradley@mpglaw.com<br>Attorneys for Defendant Trans Union LLC |