Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SACHIN DHOLE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and PROCOLLECT, INC.,**<br><br>    Defendants. | Case No. C 07 5157 SBA<br><br>**ORDER** |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendants Experian Information Solutions, Inc., Trans Union LLC, and ProCollect, Inc. are dismissed with prejudice and without costs to any party.

Dated: May 19, 2008.

_____
United States District Court

Order for Dismissal in *Dhole v Experian, No C 07 5157 SBA*    1